UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00049-JMC |
| | : | |
| KALEB DILLARD, | : | 18 U.S.C. § 111(a)(1): Assaulting, |
| | : | Resisting, or Impeding Certain |
| Defendant. | : | Officers |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Kaleb Dillard, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral

College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of

more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*Kaleb Dillard's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Kaleb Dillard, lives in Columbiana, Alabama. On January 6, 2021, defendant, dressed in a purple knit hat, a dark green jacket, and a black protective vest, traveled to Washington, D.C., to attend the "Stop the Steal" rally, which was organized to protest the result of the presidential election. As the "Stop the Steal" rally was ending, the defendant then went with a large crowd to the U.S. Capitol grounds.

9. As the mob gathered on the East side of the U.S. Capitol, defendant went to the front of the crowd at the East Rotunda Doors, where he used a metal tool to smash a window of the doors.

10. At approximately 2:26 PM, defendant forced his way past officers attempting to

3

close the East Rotunda Doors and entered the Capitol Building. Defendant then grabbed U.S. Capitol Police officer B.A., who was attempting to close the East Rotunda Doors, from behind and threw him to the ground.

### *Elements of the Offense*

11.  Kaleb Dillard knowingly and voluntarily admits to all the elements of 18 United States Code § 111(a). Specifically, the defendant admits:

- The defendant forcibly assaulted, impeded, and interfered with a person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Specifically, the defendant admits he grabbed and threw United States Capitol Police officer B.A., who was protecting the entrance to the U.S. Capitol at the East Rotunda Doors and was attempting to close the doors. The defendant further admits that he knew at that time that the officer was engaged in the performance of official duties and that the defendant assaulted the officer on account of the officer's performance of official duties. The defendant further admits that the conduct involved physical contact with the victim and that defendant did so with the intent to, or attempt to, obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral

//
//

College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18.

          Respectfully submitted,
          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By: _____
          NIALL M. O'DONNELL
          DC Bar No. 991519
          Assistant Deputy Chief—Detailee
          Criminal Division, Fraud Section
          United States Department of Justice

DEFENDANT'S ACKNOWLEDGMENT

I, Kaleb Dillard, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: June 9th 2023

_____
Kaleb Dillard
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

_____
Randy Dempsey
Counsel for defendant Kaleb Dillard