## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **VS.** ) | **Case No.:  1:23-cr-00049-JMC** |
| ) | |
| **KALEB DILLARD,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>MOTION TO TRAVEL OUTSIDE OF THE DISTRICT</u>

COMES NOW the defendant, Kaleb Dillard, by and through his attorney of record, Randy A. Dempsey, and requests permission to travel outside the Northern District of Alabama and for grounds says the following:

1. On November 16, 2023, this Court sentenced Kaleb Dillard and released him pending a designation by the Bureau of Prisons for the service of his 10 months confinement.  Mr. Dillard resides in the Northern District of Alabama.  Mr. Dillard has not yet received his designation from the Bureau of Prisons.

2. Mr. Dillard requests permission to travel to his in-law's house over the Christmas Holiday.  His probation officer informed him that since he has now been sentenced, that the United States Probation Office cannot permit him to travel outside the Northern District of Alabama and he will have to request permission from the Court.

3. As a result, Mr. Dillard seeks the Court's permission to travel to the home of Mr. Dillard's in-laws, Mike and Lori Waugh, at 1434 Spain

1

Wood Street, Columbia, Tennessee leaving his house on December 24, 2023, and returning home on December 26, 2023.

4. No prejudice will be suffered by any party by the granting of this motion.

5. The ends of justice would be served by this motion being granted.

6. The United States of America has no objection to this Motion to Travel.

WHEREFORE PREMISES CONSIDERED, the defendant prays that the Court will grant the relief sought herein and for any other relief that the court deems appropriate.

Respectfully Submitted,

/S/ RANDY A. DEMPSEY
RANDY A. DEMPSEY
Attorney for defendant,
Kaleb Dillard

**OF COUNSEL**:
DEMPSEY, STEED, STEWART, RITCHEY & GACHÉ, LLP
Attorneys at Law
Civic Center Professional Building
1122 - 22nd Street North
Birmingham, AL 35234-2725
Telephone: (205) 328-0162

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2023, I electronically filed the foregoing with the clerk of the court which will send notification of such filing to all parties of record.

/S/ RANDY A. DEMPSEY
RANDY A. DEMPSEY
Attorney at Law